**SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| KENNETH COLEMAN, | : | No. 187 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| HON. CHRIS R. WOGAN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2017, the Petition for Writ of Mandamus and the Application for the Assignment of Counsel are **DENIED**.

    The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption